United States District Court
Southern District of Texas
**ENTERED**
June 24, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Pabriny Thornton, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-24-0446 |
| | § | |
| Solar Grids, LLC, | § | |
| | § | |
| Defendant. | § | |

## O R D E R

On June 22, 2024, Plaintiff, Pabriny Thornton, filed a Notice of Voluntary Dismissal (docket no. 11) stipulating to the voluntary dismissal of this action against Defendant, Solar Grids, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, this Court accepts the stipulation and this action is hereby **DISMISSED WITHOUT PREJUDICE** against refiling the same.

The Order (docket no. 10) entering default against Defendant, Solar Grids, LLC, is **VACATED**.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 24th day of June, 2024.

_____

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE